IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BENJAMIN COOPER,** | : | |
| *Petitioner* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **TAMMY FERGUSON,** *et al.*, | : | **No. 19-4030** |
| *Respondents* | : | |

## ORDER

**AND NOW**, this 4th day of January, 2021, upon careful and independent consideration of *pro se* Petitioner Benjamin Cooper's Petition for Writ of Habeas Corpus (Doc. No. 2), Mr. Cooper's Revised Petition on the Correct Forms (Doc. No. 5), the Respondents' Response to the Petition (Doc. No. 12), Magistrate Judge Richard A. Lloret's Report and Recommendation (Doc. No. 14), and Mr. Cooper's Objections to the Report and Recommendation (Doc. No. 18), consistent with the accompanying Memorandum it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Petition for Writ of Habeas Corpus is **DISMISSED** with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case **CLOSED**, including for statistical purposes.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1